679 A.2d 755

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Joseph M. GRINES, Respondent.

No. 211, Disciplinary Docket No. 3—Supreme Court.
Nos. 135 DB 94 and 38 DB 95, Disciplinary Board.

Supreme Court of Pennsylvania.

May 30, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of May, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board dated April 12, 1996, it is hereby

ORDERED that JOSEPH M. GRINES be and he is DISBARRED from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.